No. 10-6522. Rodney L. Fuller, Petitioner v. Loretta Kelly, Warden.

562 U.S. 1067, 131 S. Ct. 649, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9394.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 438.

No. 10-6529. Robert Thomas Irvin, Petitioner v. Tennessee, et al.

562 U.S. 1067, 131 S. Ct. 649, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9441.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-6552. Joe Louis Brooks, Petitioner v. John Robert Smith, Mayor of the City of Meridian, Mississippi, et al.

562 U.S. 1067, 131 S. Ct. 650, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9370.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 382 Fed. Appx. 397.

No. 10-6555. Artemia Stewart, Petitioner v. Hugh Wolfenbarger, Warden.

562 U.S. 1067, 131 S. Ct. 650, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9419.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 595 F.3d 647.

No. 10-6556. David Webb, Petitioner v. Joanne Sumie Onizuka, et al.

562 U.S. 1067, 131 S. Ct. 650, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9166.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 608.

No. 10-6558. Charles Whitlow, Petitioner v. City of Roanoke, Virginia.

562 U.S. 1067, 131 S. Ct. 650, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9405,

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-6559. Eugenia B. White, Petitioner v. Fairfax County, Virginia.

562 U.S. 1067, 131 S. Ct. 650, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9421,

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 466.